UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                            Case No.  10-cr-45-01/02-SM

<u>Andrew B. Gray, Jr. and</u>
<u>Thomas E. Pelkey</u>

<u>O R D E R</u>

Defendant Gray's motion to continue the final pretrial conference and trial is granted (document 23).  Trial has been rescheduled for the February 2011 trial period.  Defendant Gray shall file a waiver of speedy trial rights not later than November 26, 2010.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   February 4, 2011  at 2:00 p.m.

**Jury Selection**: February 15, 2011  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

November 18, 2010

cc:   Mark Sisti, Esq.
      Sven Wiberg, Esq.
      Clyde R.W. Garrigan, AUSA
      US Probation
      US Marshal